**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: December 05, 2011**

_____

# United States Bankruptcy Court

Southern District of Ohio
Eastern Division

| | |
|---|---|
| In re: | Case No. 11-51618 |
| Quincella Maeder<br>3403 Compton Dr.<br>Columbus, OH 43219 | Chapter 13 |
| | Judge Preston |
| Debtor | |
| Quincella Maeder<br>3403 Compton Dr.<br>Columbus, OH 43219 | |
| Plaintiff, | Adv. Pro. No. 11-ap-2500 |
| v. | |
| Ohio Department of Taxation<br>150 E. Gay St.<br>21st Floor<br>Columbus, OH 43215 | |
| Defendant. | |

**AGREED JUDGMENT ENTRY RESOLVING ADVERSARY COMPLAINT (Doc# 1)**

This cause came before the Court for consideration upon the Complaint (Doc# 1) of Quincella Maeder hereinafter "Plaintiff/Debtor" filed on November 9, 2011 against the Ohio Department of Taxation.

Service of a copy of the Complaint and Summons was executed by regular first class United States mail, postage fully prepaid on November 15, 2011 on the following: Steven T. Wolfe, Special Counsel for Attorney General (Doc #3), the Ohio Department of Taxation (Doc #4), and the Ohio Department of Taxation, Bankruptcy Division (Doc# 5).

The Court finds that the Plaintiff/Debtor and the Ohio Department of Taxation have reached a settlement agreement and that the Plaintiff's/Debtor's Complaint should be resolved as set forth herein.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED that:**

The State Tax Lien in the amount of $2,270.65 filed by the Ohio Department of Taxation November 3, 2010 with the Franklin County Court of Common Pleas, case no. **10 JG 045129** shall be treated as priority unsecured and its lien on Plaintiff's/Debtor's real estate located at 3403 Compton Dr., Columbus, OH 43219, shall be found to be void as to the Plaintiff/Debtor at such time as the Plaintiff/Debtor's Chapter 13 Plan is completed and a Discharge Order is entered pursuant to 11 U.S.C. 1328.

It is further Ordered that upon the completion of the Chapter 13 Plan and issuance of the Discharge Order, said State Tax Lien in the amount of $2,270.65 filed by the Ohio Department of Taxation November 3, 2010 with the Franklin County Court of Common Pleas, case no. **10 JG 045129** is to be released and forever discharged as to Plaintiff/Debtor.

It is further Ordered that upon completion of the Plaintiff/Debtor's Chapter 13 Plan and the issuance of Discharge Order, the Ohio Department of Taxation, shall issue a release of the lien

as to the Plaintiff/Debtor in case. No. **10 JG 045129** and Plaintiff/Debtor shall file her copy of the release with the Franklin County Court of Common Pleas so as to release the lien of record against her interest in real estate located at 403 Compton Dr., Columbus, OH 43219.

It is further Ordered that upon successful completion of the Chapter 13 Plan and issuance of Discharge Order in this Chapter 13 proceeding, the Franklin County Court of Common Pleas is hereby ordered to release and forever discharge the State Tax Lien, case no. **10 JG 045129** referenced herein as to the Plaintiff/Debtor upon receipt of a certified copy of this Court Order.

It is further Ordered that should the Plaintiff's/Debtor's Chapter 13 Plan be dismissed or converted, the State Tax Lien, case no. **10 JG 045129**, shall be reinstated.

It is further Ordered that the parties shall pay their own attorney's fees and court costs, if any, in this proceeding

**IT IS SO ORDERED.**


APPROVED:

/s/ Mary L. Bendycki                                               /s/  Steven T. Wolfe
Mary L. Bendycki (0011707)                                Steven T. Wolfe (0083894)
Bergman & Yiangou Law Offices                       Special Counsel for Attorney General
Attorney for Plaintiff/Debtor                                3055 Cleveland Avenue
2020 Brice Rd., Ste. 125                                      Columbus, OH  43224
Reynoldsburg, OH  43068                                  Phone: (614) 447-0225
Phone: 614-866-5060                                          Fax: (614) 447-8672
Fax:  614-866-4229                                              wolfe.cooperlaw@gmail.com


Copies to:

Mary L. Bendycki
Steven T. Wolfe, Special Counsel for Attorney General, 3055 Cleveland Ave., Columbus, OH  43224
Ohio Department of Taxation, 150 E. Gay St., 21st Floor, Columbus, OH  43215
Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, OH  43216

# # #